■ In the Matter of ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DIANE M. VAN DINE, Respondent, v RUDOLPH MAISCH, Appellant.—Appeal from an amended order of the Family Court of Ulster county (Peters, J.), entered January 12, 1985, which granted petitioner's application, in a proceeding pursuant to Family Court Act article 4, and found respondent in willful violation of a prior support order.

Order affirmed, without costs, upon the opinion of Family Court Judge Karen K. Peters. Mahoney, P. J., Main, Casey, Weiss and Yesawich, Jr., JJ., concur.